OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 13, 2005

**Colm F. Connolly**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

RE:    USA v. Lohoefer, et al.
       1:95-cr-00038-KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Trial Exhibits in Judge McKelvie's closed cases. Presently we have **2-boxes** of Government's admitted trial exhibits to return to you. Please contact the undersigned to schedule pick-up of these exhibits.

*__If counsel does not place their order to claim Trial Exhibits by 12/29/05, the Clerk will destroy any unclaimed exhibits.__*

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: *Bob Cruikshank*
Bob Cruikshank
Deputy Clerk