OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 14, 2005

**Colm F. Connolly**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

RE:   USA v. Lohoefer, et al.
      1:95-cr-00038-KAJ

Dear Counsel:

I am returning to you Government's Trial Exhibits consisting of 2 boxes. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on December 14, 2005

_____
Signature

/rc